## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

```
SYLVESTER STONE, JR.,            )
                                 )
Petitioner,                      )
                                 )   NO. 3:07-CV-122
vs.                              )
                                 )
SUPERINTENDENT INDIANA STATE     )
PRISON,                          )
                                 )
Respondent.                      )
```

### OPINION AND ORDER

This matter is before the Court *sua sponte*. Sylvester Stone, Jr., a *pro se* prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Stone is attempting to challenge his conviction in the Marion County Superior Court in case number 49G01-0106-CF-126939. Stone is currently challenging this same conviction in cause number 3:07-CV-91. In that case, the court ordered Stone to file an amended petition. It appears that the petition in this case is the amended petition that Stone was ordered to file in 3:07-CV-91. Therefore, because Stone is challenging this conviction in 3:07-CV-91 and because this petition should have been filed in that case, this case is now **DISMISSED**. The Clerk is **DIRECTED** to file the petition in this case (DE # 1) in cause number 3:07-CV-91.

**DATED: April 11, 2007**            /s/RUDY LOZANO, Judge
                                     **United States District Court**